# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| Jones-Duren, et al., | |
| Plaintiffs, | **Case No. 5:09-cv-00170-KKC** |
| v. | |
| Allied Interstate, Inc., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiffs, by and through counsel, and hereby give notice that the parties in the above-captioned matter reached a settlement. Plaintiffs anticipate filing a Notice of Dismissal with prejudice in 30 days.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Debbie D. Bowman*
  Debbie D. Bowman (Bar No. 84274)
  332 West Broadway, Suite 300
  Louisville, KY 40202
  Tel: 866.339.1156
  Fax: 312.822.1064
  ddb@legalhelpers.com
  *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following person was served via regular U.S. mail:

Allied Interstate, Inc.
3000 Corporate Exchange Drive, Floor 5
Columbus, OH 43231

*/s/ Richard J. Meier*