UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

CIVIL ACTION NO. 5:09-170-KKC

JONES-DUREN, et al.,                                                         PLAINTIFFS

v.                                        **ORDER**

ALLIED INTERSTATE, INC.,                                                   DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter being settled by the parties, it is hereby DISMISSED and STRICKEN from the active docket. Any pending motions are hereby denied as moot.

Dated this 17th day of December, 2009.

**Signed By:**

*Karen K. Caldwell*   KKC

**United States District Judge**